Kathleen C. Jeffries (SBN 110362)   JS-6
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Plaintiff and Counter-Defendant
HOMEDIRECT, INC. dba HOMEDIRECT USA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMEDIRECT, INC., a Delaware corporation doing business as HOMEDIRECT USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L & L TRADING AND INVESTMENTS INCORPORATED, a California corporation doing business as VISIONDECOR; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____<br>And Related Counterclaims.<br>_____ | Case No. CV-12 6800 PA (SHx)<br><br>JUDGMENT<br><br>Trial Date: July 16, 2013 |

　　　　Based upon the stipulation by and between the parties to this action,

　　　　JUDGMENT IS HEREBY ENTERED in favor of plaintiff and counter-defendant HomeDirect, Inc. dba HomeDirect USA ("HomeDirect") on the complaint on file herein, awarding HomeDirect the total sum of $232,440.03 from defendant and counter-claimant L & L Trading and

1

_____
(PROPOSED) JUDGMENT

1  Investments Incorporated dba VisionDecor ("L & L"), consisting of damages in
2  the sum of $201,280.33, attorneys' fees in the sum of $30,759.50 and costs in
3  the sum of $400.20; and awarding nothing to L & L on the counterclaim on
4  file herein.

Dated: June 26, 2013

_____
Judge, United States District Court

(PROPOSED) JUDGMENT